PROB 12C
(6/16)

Report Date: September 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam Lee Spencer | Case Number: 0980 2:16CR00170-TOR-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 26, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2); Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 54 months  TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | June 24, 2021 |
| Defense Attorney: | Ronald A. Van Wert | Date Supervision Expires: | June 23, 2026 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: On September 24, 2021, Adam Spencer allegedly violated standard condition number 13 by leaving inpatient treatment without prior authorization from the U.S. Probation Office or his treatment provider. |
| | On June 24, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Spencer, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements. |
| | On September 20, 2021, Mr. Spencer was transported from the Spokane County Jail to Pioneer Center East (PCE), as ordered by the Court, so he could engage in an inpatient substance abuse treatment program. |
| | In the early morning hours of September 24, 2021, just days after his arrival, the undersigned officer received a voice message from PCE stating that the offender had absconded from inpatient treatment shortly after midnight. According to the information received from the |

treatment provider, Mr. Spencer left the facility with just the clothes on his back because he had been arguing with his girlfriend.

9   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On September 24, 2021, Adam Spencer allegedly violated standard condition number 2 by failing to report to the undersigned officer as instructed.

On June 24, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Spencer, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On September 24, 2021, the undersigned responded to a number of missed calls received from Mr. Spencer earlier that morning. The offender stated he had left inpatient treatment because he was withdrawing and uncomfortable, and he believed that PCE was "slow walking" his suboxone. This officer subsequently instructed Mr. Spencer to report to the U.S. Probation Office by 9 a.m. to discuss the options moving forward, but he failed to report as instructed.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/24/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge

September 24, 2021

Date