PROB 12C
(6/16)

Report Date: December 8, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam Lee Spencer | Case Number: 0980 2:16CR00170-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 26, 2017 | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2); Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: Prison - 54 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: June 24, 2021 |
| Defense Attorney: Christina Wong | Date Supervision Expires: June 23, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2021 and 09/24/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 8**:  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: On November 30, 2021, Adam Spencer allegedly violated standard condition number 8 by associating with a convicted felon, currently being supervised by the U.S. Probation Office, without requesting or being granted authorization to do so.

On June 24, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Spencer, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On December 1, 2021, the undersigned officer was informed that the offender, who had absconded from supervision on September 24, 2021, had been located and arrested the day prior on November 30, 2021.

Prob12C
Re: Spencer, Adam Lee
December 8, 2021
Page 2

    Later that same date, the U.S. Marshals Service (USMS) provided this officer with a report of investigation, which detailed the circumstances regarding the offender's most recent arrest. In that report, it noted that USMS deputies encountered three individuals at Mr. Spencer's approved address, including Adam Layton. Although all three individuals denied that the offender was at the residence, deputies subsequently found Mr. Spencer hiding inside of a chest/trunk. Additionally, someone had put a lamp and some folded clothing on top the chest/trunk to further conceal the offender's whereabouts.

    Adam Layton is a felon, and currently under the supervision of the U.S. Probation Office, and Mr. Spencer did not request nor receive authorization from the undersigned to associate with Mr. Layton. Collateral contact with Mr. Layton's supervising officer, U.S. Probation Officer Mark Hedge, revealed that he was also unaware that the two were associating.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2021

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other: All alleged violations will be addressed at the Revocation of Supervised Release Hearing set for 1/5/2022.

Thomas O. Rice
United States District Judge

December 9, 2021
Date